UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN JEFFREY CARBO PINCAY,**<br><br>Petitioner,<br><br>v.<br><br>**LUIS SOTO, et al.,**<br><br>Respondents. | Civil Action No.  26-1258 (MCA)<br><br><br>ORDER |

This matter comes before the Court on a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, in which Petitioner challenges his detention by immigration authorities.  (ECF No. 1.)  Petitioner Kevin Jeffrey Carbo Pincay is a citizen of Ecuador who allegedly entered the United States in May 2024, and is in removal proceedings. (ECF No. 1, Petition at ¶¶ 1-2.) Petitioner was arrested by Immigration and Customs Enforcement ("ICE") on February 4, 2026, and is currently at Delaney Hall, in Newark, New Jersey.  (Petition at ¶¶ 4-5.)  He has filed a motion for a temporary restraining order ("TRO") seeking a Court order to provide him with an individualized bond hearing, to enjoin his transfer from Delaney Hall while this matter is pending, and to expedite briefing.  (ECF No. 2.)  The motion for a TRO (ECF No. 2) is GRANTED in part with respect to the requests to enjoin his transfer from this District during these proceedings and set an expedited briefing schedule.  The Court defers granting other relief until the matter is briefed.

**IT IS**, on this 9th day of February 2026;

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court has examined the Petition and determined that dismissal of the Petition prior to submission of an answer and the record is not warranted; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that the motion for a TRO (ECF No. 2) is GRANTED IN PART only with respect to the requests to enjoin transfer and set an expedited briefing schedule; the Court defers providing additional relief until the briefing is complete; and it is further

**ORDERED that Respondents are temporarily enjoined from transferring Petitioner from this District while this matter is pending**; and it is further

**ORDERED** that to the extent Respondents intend to stipulate to the relevant facts and make the same statutory arguments rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895, at *1-2 (D.N.J. Nov. 20, 2025), they may file a letter response within 7 days of the date of this Order setting forth that position; and it is further

**ORDERED** that if Respondents intend to argue that this case is factually or legally distinguishable, they shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition, within 14 days; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record evidence supporting the asserted statutory basis for detention; and it is further

**ORDERED** that Respondents shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; it is further

**ORDERED** that all exhibits to the Answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within 7 days after the answer is filed.

<u>*s/ Madeline Cox Arleo*</u>
**MADELINE COX ARLEO**
**United States District Judge**